

12235 El Camino Real, Suite 200
San Diego, CA 92130-3002
PHONE 858.350.2300
FAX 858.350.2399
www.wsgr.com

January 20, 2015

***VIA CM/ECF***

Daniel E. O'Toole
Circuit Executive & Clerk of Court
U.S. Court of Appeals for the Federal Circuit
717 Madison Place NW, Suite 401
Washington, DC 20439

**Re: Pfizer Inc., et al. v. Mylan Pharmaceuticals Inc., No. 15-1131**

Dear Honorable O'Toole:

We represent Mylan Pharmaceuticals Inc. in case 15-1131, which is on appeal from the U.S. District Court for the District of Delaware. We write this letter to advise the Court regarding a matter of candor to the tribunal below.

Richard Gering, then employed by Eisner Amper, was retained as an economic expert on behalf of Mylan Pharmaceuticals Inc. on the issue of commercial success. When asked to summarize his educational background for the district court, Mr. Gering testified, "I have a Masters and a Ph.D. in economics from the University of Maryland with a concentration in public finance and industrial organization." Similarly, his CV, submitted to the district court as DTX-1000, lists "Ph.D., M.A. in Economics, University of Maryland" under Education/Licenses. Over the course of the holidays, we learned that Richard Gering was in fact a candidate for a Ph.D. in economics from the University of Maryland, had completed the coursework for his Ph.D., and though he had begun his dissertation, he did not complete it. Accordingly, his testimony to the court regarding his credentials was not accurate.

The district court found that the two patents at issue were not invalid for obviousness, including a finding that Plaintiffs had demonstrated commercial success. One of the witnesses relevant to commercial success was Mr. Gering. Accordingly, although Defendant believes the substantive portion of Mr. Gering's testimony should remain untainted, it does not appear that the district court's judgment and findings on commercial success would have changed even in the absence of Mr. Gering's testimony.

---

Although our investigation continues, we have advised counsel for the Plaintiffs of the same facts and concurrently with this letter are informing the U.S. District Court for the District of Delaware.

Sincerely,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

Douglas A. Carsten

DHC/aa

cc: Jack B. Blumenfeld (*sent via e-mail*)
Maryellen Noreika (*sent via e-mail*)
Thomas H.L. Selby (*sent via e-mail*)
Jessamyn Berniker (*sent via e-mail*)
Sara K. Creighton (*sent via e-mail*)
Stanley E. Fisher (*sent via e-mail*)
Philip Rovner (*sent via e-mail*)
Jonathan A. Choa (*sent via e-mail*)

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2015, a true and correct copy of **MYLAN PHARMACEUTICALS INC.'S LETTER TO HONORABLE DANIEL O'TOOLE** was filed with the Clerk of the Court using CM/ECF and served on the parties as indicated below:

**VIA ELECTRONIC MAIL**

Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
Email: jbbefiling@mnat.com
menefiling@mnat.com

Thomas H.L. Selby
Jessamyn Berniker
Sara K. Creighton
Stanley E. Fisher
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5066
tselby@wc.com
sfisher@wc.com
jberniker@wc.com
screighton@wc.com

*Attorneys for Plaintiffs/Appellees Pfizer Inc., Pfizer Pharmaceuticals LLC, Pharmacia & Upjohn Company LLC, Sugen Inc., CP Pharmaceuticals International CV, PF Prism C.V.*

Date: January 20, 2015

*/s/ Douglas A. Carsten*
Douglas A. Carsten