NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PFIZER INC., PHARMACIA & UPJOHN COMPANY, PHARMACIA & UPJOHN COMPANY LLC, SUGEN, INC., C.P. PHARMACEUTICALS INTERNATIONAL C.V., PFIZER PHARMACEUTICALS LLC, AND PF PRISM C.V.,**
*Plaintiffs-Appellees,*

v.

**MYLAN PHARMACEUTICALS INC.,**
*Defendant-Appellant.*

---

2015-1131

---

Appeal from the United States District Court for the District of Delaware in No. 1:10-cv-00528-GMS, Chief Judge Gregory M. Sleet.

---

**O R D E R**

Upon consideration of Mylan Pharmaceuticals Inc.'s January 20, 2015 letter submitted to the court,

IT IS ORDERED THAT:

A copy of the letter will be forwarded to the merits panel assigned to hear this appeal.

2            PFIZER INC. v. MYLAN PHARMACEUTICALS INC.

                                     FOR THE COURT

                                       /s/ Daniel E. O'Toole
                                       Daniel E. O'Toole
                                       Clerk of Court

s25